Laura Vartain Horn (SBN 258485)
Bethany Lobo (SBN 248109)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
United States
Telephone: +1 415 439 1400
Facsimile: +1 415 439 1500
laura.vartain@kirkland.com
bethany.lobo@kirkland.com

K. Winn Allen, P.C. (*pro hac vice*)
T.J. McCarrick (*pro hac vice*)
Saunders McElroy (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States
Telephone: +1 202 389 5000
Facsimile: +1 202 389 5200
winn.allen@kirkland.com
tj.mccarrick@kirkland.com
jordan.greene@kirkland.com
saunders.mcelroy@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc., and WhatsApp LLC*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRYAN Y. SHIRAZI and NIDA SAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., WHATSAPP LLC, ACCENTURE PLC, and ACCENTURE LLP,<br><br>Defendants. | CASE NO. 26-CV-2615<br><br>**JOINT STIPULATED REQUEST AND ~~[PROPOSED]~~ ORDER TO SET BRIEFING SCHEDULE AND STAY DEADLINE TO RESPOND TO COMPLAINT PENDING RESOLUTION OF MOTION TO COMPEL ARBITRATION**<br><br>Complaint Filed Date: March 25, 2026 |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Brian Y. Shirazi and Nida Samson ("Plaintiffs"), along with Defendants Meta Platforms, Inc. and WhatsApp LLC (together, "WhatsApp"), (Plaintiffs and WhatsApp together are the "Parties") hereby stipulate and agree as follows:

WHEREAS, on March 25, 2026, Plaintiffs filed the Complaint in this action (Dkt. 1);

WHEREAS, on April 6, 2026, Plaintiffs served the Complaint on WhatsApp;

WHEREAS, by joint stipulation, WhatsApp's response to the Complaint is currently due on June 9, 2026 (Dkt. 28);

WHEREAS, on May 11, 2026, WhatsApp filed a Motion to Compel Arbitration and Stay Proceedings pursuant to 9 U.S.C. §§ 3-4, which is set for hearing before this Court on July 14, 2026;

WHEREAS, on May 11, 2026, the Parties agreed to extend the briefing deadlines for WhatsApp's Motion to Compel Arbitration and Stay Proceedings such that Plaintiffs' opposition shall be due on June 9, 2026 and WhatsApp's reply shall be due on June 30, 2026, *see* Declaration of Laura Vartain Horn ¶ 6;

WHEREAS, the Parties agreed that good cause exists to extend the time for the opposition and reply to WhatsApp's Motion to Compel Arbitration and Stay Proceedings because it will allow the parties to respond in a thorough manner, and that this Stipulation will not overly delay the resolution of the Motion because briefing will be complete 14 days before the Court will hear the Motion in accordance with the requirements of the Court's standing order;

WHEREAS, the Parties agree that good cause exists to stay WhatsApp's deadline to respond to the Complaint until the Court resolves WhatsApp's Motion to Compel Arbitration and Stay Proceedings, which will further judicial economy and allow the Parties to avoid an unnecessary expense of resources related to additional motion practice and other, further proceedings before this Court in the event that the Court grants WhatsApp's Motion to Compel Arbitration and Stay Proceedings, *see* Declaration of Laura Vartain Horn ¶ 7;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. Plaintiffs' deadline to file their opposition to WhatsApp's Motion to Compel Arbitration and Stay Proceedings is June 9, 2026.

2. WhatsApp's deadline to file a reply in support of its Motion to Compel Arbitration and stay proceedings is June 30, 2026.

3. WhatsApp's deadline to respond to the Complaint shall be stayed until the Court resolves WhatsApp's Motion to Compel Arbitration and Stay Proceedings.

IT IS SO STIPULATED.

DATED: May 12, 2026

Respectfully submitted,

*/s/ Jordan E. Jacobson*
Jennifer L. Joost (SBN 296164)
KESSLER TOPAZ MELTZER & CHECK, LLP
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
jjoost@ktmc.com

Joseph H. Meltzer (*pro hac vice*)
Melissa L. Yeates (*pro hac vice*)
Tyler S. Graden (*pro hac vice*)
Jordan E. Jacobson (SBN 302543)
Daniel S. Dicce (*pro hac vice*)
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
myeates@ktmc.com
tgraden@ktmc.com
jjacobson@ktmc.com
ddicce@ktmc.com

*Attorneys for Plaintiffs and the Putative Classes*

*/s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
Bethany Lobo (SBN 248109)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
United States
Telephone: +1 415 439 1400
Facsimile: +1 415 439 1500
laura.vartain@kirkland.com
bethany.lobo@kirkland.com

K. Winn Allen, P.C. (*pro hac vice*)
T.J. McCarrick (*pro hac vice*)
Saunders McElroy (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States
Telephone: +1 202 389 5000
Facsimile: +1 202 389 5200
winn.allen@kirkland.com
tj.mccarrick@kirkland.com
saunders.mcelroy@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc., and WhatsApp LLC*

## CERTIFICATE OF SERVICE

On May 12, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Laura Vartain Hron* ___________________
Laura Vartain Horn

**[~~PROPOSED~~] ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 14, 2026

THE HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE